IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/31/2018

| | | |
|---|---|---|
| **In re** § | | |
| § | | |
| **John R. Nevers,** § | Case No. 16-34083 | |
| § | **Chapter 13** | |
| Debtor. § | | |
| **John R. Nevers,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Adv. No. 16-3186 | |
| § | | |
| **U.S. Department of Education and** § | | |
| **Texas Guaranteed Student Loan** § | | |
| **Corporation,** § | | |
| § | | |
| Defendants. § | | |

**Judgment**

John R. Nevers' educational loans are declared NOT to be excepted from discharge.

Signed this __30th__ day of __Jan__, 2018.

Karen K. Brown
United States Bankruptcy Judge

Approved:

RYAN K. PATRICK,
United States Attorney

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300

Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email: Richard.Kincheloe@usdoj.gov
**Attorney for the United States of America**

s/ Doug W. Ray w/ permission by Richard A. Kincheloe
---

Doug W. Ray
Attorney-in-Charge
State Bar No. 16599200
2700 Bee Caves Road, Suite 200
Austin, Texas 78746
(512) 328-8877 (Tel)
(512) 328-1156
dray@raywoodlaw.com
**Attorney for Texas Guaranteed Student Loan Corporation**